IN THE UNITED STATES DISTRICT
FOR THE DISTRICT OF IOWA
WESTERN DIVISION

| | | |
|---|---|---|
| ANTHONY KOESTERS, | ) | 1:13-CV-00025-SMR-RAW |
| | ) | |
| Claimant, | ) | |
| | ) | STIPULATION FOR DISMISSAL |
| v. | ) | PURSUANT TO FRCP 41 |
| | ) | |
| GRIFFIN PIPE PRODUCTS CO., INC., | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW the Plaintiff, by and through his attorney, the undersigned, and the Defendant by and through its attorney, the undersigned, and stipulate that the Plaintiff's petition, including all causes of action set forth therein, is hereby dismissed with prejudice.

Each party shall be responsible for its own court costs and no court cost shall be assessed.

ANTHONY KOESTERS, Plaintiff


By: /s/ Jerry W. Katskee_____
    Jerry W. Katskee        NE#12145
    Katskee & Henatsch
    10404 Essex Court – Ste. 100
    Omaha NE 68114-3746
    (402) 391-1697


GRIFFIN PIPE PRODUCTS CO, INC., Defendant,

By:    /s/ John M. Burns_____
      John M. Burns   AT0001262
For:   EVANS & DIXON, LLC
      222 South 72nd Street - Suite 302
      Omaha, NE  68114
      (402) 397-080
      Fax:  (402) 397-0807
      jburns@evans-dixon.com
      Attorneys for Defendant